UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED '08 AUG 04 14:38 USDC-ORP

JUAN MANUEL OROZCO-SOLIS,              Civil Number 02-1010-HU
an individual,

             Petitioner,

       v.

UNITED STATES OF AMERICA;
MICHAEL B. MUKASEY, Attorney General of
the United States;
MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security of the United
States; and
JULIE MYERS, Assistant Secretary of
Homeland Security for U.S. Immigration and
Customs Enforcement (ICE),

             Respondents.

ORDER
(#39)

Upon consideration of Petitioner's Motion to Withdraw Motion for a Temporary Restraining Order, it is this 4th day of August, 2008, hereby

ORDERED that Petitioner's Motion to Withdraw Motion for a Temporary Restraining Order be, and hereby is, GRANTED without prejudice.

SO ORDERED

                                             Honorable Robert E. Jones
                                             United States District Judge